UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

            Plaintiff

CRIMINAL No. 06-569

v.

**ORDER**

DOMINGO HERNANDEZ,

            Defendant

This matter having come before the Court by application of Maria DelGaizo Noto, Esq., counsel for defendant, and, Dennis C. Carletta, Assistant United States Attorney, appearing for the Government, and all parties having consented

IT IS on this 8th day of October, 2008,

ORDERED that the forfeiture of 115 Hyland Avenue, Unit Four, Jersey City, New Jersey shall be stayed until completion of all Appeal proceedings in this matter.

                                          HONORABLE SUSAN D. WIGENTON, U.S.D.J.